**Ivory McGREGOR (Personal Representative of the Estate of Irma McGregor), Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2006–1470.**

United States Court of Appeals, Federal Circuit.

Aug. 8, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**CRAWFISH PROCESSORS ALLIANCE, Louisiana Department of Agriculture & Forestry, and Bob Odom, Commissioner, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2006–1501.**

United States Court of Appeals, Federal Circuit.

Aug. 8, 2006.

**ORDER**

Order Vacated, See 2006 WL 2382886.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.